PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-00078-AC |
| Plaintiff, | [PROPOSED] ORDER DISMISSING COMPLAINT AGAINST DEFENDANT SANTIAGO-CRUZ |
| v. | |
| EDWIN EDUARDO GUANDIQUE PINEDA; AND ALMA DANI SANTIAGO-CRUZ, | |
| Defendants. | |

**ORDER**

The United States has moved to dismiss Count 1 of the Complaint against Defendant Alma Dani Santiago-Cruz, filed on April 11, 2016. The Court, having reviewed the motion, finds that the motion is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988); *see also* Fed. R. Crim. P. 48(a). Accordingly, the Court hereby orders that Count 1 of the Complaint against Defendant Santiago-Cruz be dismissed without prejudice.

SO ORDERED.

Dated: May 6, 2016

_____
Hon. EDMUND F. BRENNAN
United States Magistrate Judge