CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Alma Santiago-Cruz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALMA SANTIAGO-CRUZ, et al.,<br><br>Defendants. | CR. No.: 16-mj-078 AC<br><br>DEFENDANT ALMA SANTIAGO-CRUZ' REQUEST TO EXONERATE BOND |

Defendant, Alma Santiago-Cruz, by and through her attorney, Clemente M. Jiménez, hereby requests that the unsecured bond authorized for Ms. Santiago-Cruz' pretrial release be exonerated. Further, Ms. Santiago-Cruz requests that the order of the court that Ms. Santiago-Cruz' mother, Crispina Cruz Gomez, not encumber her property at 1260 North Ivy Street, Camby, Oregon, be discharged.

On April 15, 2016, Ms. Santiago-Cruz was released on a $100,000 unsecured bond.

On May 6, 2016, the government submitted a Motion to Dismiss the Complaint against Ms. Santiago Cruz.

The Order granting the motion was signed by the Hon. Edmund F. Brennan on the same day.

Ms. Santiago-Cruz hereby requests that the court exonerate the unsecured bond posted on her behalf as well as discharge any restrictions against the property noted above.

The government does not oppose this request.

DATED: June 2, 2016

          /s/ Clemente M. Jiménez
          CLEMENTE M. JIMÉNEZ

## ORDER

IT IS SO ORDERED, that the unsecured bond posted as collateral to secure Ms. Santiago-Cruz' appearance is hereby exonerated and, further, that any restrictions against encumbering the property at 1260 North Ivy Street, Camby, Oregon, be discharged.

DATED: June 7, 2016

          ALLISON CLAIRE
          UNITED STATES MAGISTRATE JUDGE